UNITED STATES DISTICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM DEIKER, individually, and on behalf of others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRUEACCORD CORP., )<br>)<br>Defendant. ) | <br><br><br><br><br>Case No. 1:20-cv-00669<br><br><br><br> |

**JOINT MOTION TO STAY DISCOVERY**

Defendant TrueAccord Corp. ("TrueAccord") and Plaintiff William Deiker, by and through their respective undersigned counsel and pursuant to Fed. R. Civ. P. 12(c), hereby move for a stay of discovery pending ruling on Defendant's motion for judgment on the pleadings [Dkt. #36], and in support of which state as follows:

1. The Court enjoys broad discretion in controlling discovery. *McCarthy v. Option One Mortg. Corp.*, 362 F.3d 1008, 1112 (7th Cir. 2004).

2. Indeed, "court[s] may, for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense[.]" Fed. R. Civ. P. 26(c). Therefore, Rule 26(c) provides the Court with discretion to enter an order staying discovery for good cause.

3. Courts routinely stay discovery obligations when a motion for judgment on the pleadings is pending. *See e.g.*, *Mid-Century Ins. Co. v. Pizza By Marchelloni*, 2018 U.S. Dist. LEXIS 228717, *4 (C.D. Ill. Mar. 21, 2018) (staying discovery pending resolution of motions for judgment on the pleadings); *Andrew Corp. v. Beverly Mfg.*

*Co.*, 2005 U.S. Dist. LEXIS 47213, *2 (N.D. Ill. June 10, 2005) (noting court's decision to stay discovery on claims pending ruling on motion for judgment on the pleadings).

4. A stay is particularly warranted here where Defendant's motion for judgment on the pleadings is premised solely on the allegations in the complaint (rather than factual issues in dispute) and if granted will resolve this case in its entirety.

5. Because the need for discovery would be extinguished by a favorable ruling on the motion for judgment on the pleadings, the parties should be protected from completing costly discovery depositions pending ruling.

WHEREFORE, the Parties respectfully request that this Court stay discovery pending ruling on Defendant's motion for judgment on the pleadings and for such other and further relief as this Court deems just.

Respectfully submitted,

| **TRUEACCORD CORP.** | **WILLIAM DEIKER** |
|---|---|
| *s/ Katherine M. Saldanha Olson*<br>Katherine M. Saldanha Olson<br>Messer Strickler, Ltd.<br>225 W. Washington St., Suite 575<br>Chicago, IL 60602<br>(312)334-3444 (direct)<br>(312)334-3473 (fax)<br>kolson@messerstrickler.com | *s/ Mohammed O. Badwan*<br>Mohammed O. Badwan<br>Sulaiman Law Group, Ltd.<br>2500 S. Highland Ave., Ste. 200<br>Lombard, IL 60148<br>(630) 575-8180<br>(630) 575-8188 (fax)<br>mbadwan@sulaimanlaw.com |
| *Attorney for Defendant* | *Attorney for Plaintiff* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2020, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which will send notification of such filing to the attorneys of record.

*s/ Katherine M. Saldanha Olson*
Katherine M. Saldanha Olson
Messer Strickler, Ltd.
225 W. Washington St., Suite 575
Chicago, IL 60602
(312)334-3444 (direct)
(312)334-3473 (fax)
kolson@messerstrickler.com
*Attorney for Defendant*
