# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

William Deiker

                      Plaintiff,

v.                                                         Case No.: 1:20–cv–00669
                                                                Honorable Edmond E. Chang

Trueaccord Corp.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 22, 2021:

       MINUTE entry before the Honorable Edmond E. Chang: On review of the position papers, R. 51, 52, the case is dismissed without prejudice for lack of subject matter jurisdiction. A separate AO–450 judgment will be entered. The tracking status hearing of 10/29/2021 is vacated. Civil case terminated. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.